JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| HONGMEI ZHANG, ) | No. C 09-0592 JF |
|           Plaintiff, ) | |
|    v. ) | **STIPULATION TO DISMISS; AND** |
| ) | **[PROPOSED] ORDER** |
| JANET NAPOLITANO, Secretary, ) | |
| Department of Homeland Security; ) | |
| MICHAEL AYTES, Acting Deputy Director of ) | |
| U.S. Citizenship and Immigration Services; ) | |
| DAVID ROARK, Center Director, ) | |
| Texas Service Center, the United States ) | |
| Citizenship and Immigration Services; ) | |
| ROBERT S. MUELLER, III, Director, ) | |
| Federal Bureau of Investigations, ) | |
|           Defendants. ) | |

    Plaintiff, appearing pro se, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without prejudice.

///

///

///

///

Stipulation to Dismiss
C09-0592 JF                                             1

1    Each of the parties shall bear their own costs and fees.

2 Dated: March 10, 2009                          Respectfully submitted,

3                                             JOSEPH P. RUSSONIELLO
United States Attorney

4

5

6                                               /s/
ILA C. DEISS
Assistant United States Attorney
7                                            Attorney for Defendants

8

9 Dated: March 9, 2009                              /s/
HONGMEI ZHANG
10                                            Pro Se

11

12                                   **ORDER**

13

14     Pursuant to stipulation, IT IS SO ORDERED.

15 Date: 3/12/09

16                                            JEREMY FOGEL
United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C09-0592 JF                                         2